# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $10,647.00 IN U.S. CURRENCY,<br><br>　　　　　　Defendant. | 1:08-cv-00345 AWI GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>ORDER GRANTING MOTION FOR DEFAULT JUDGMENT<br><br>(Documents #19 & #23) |

　　　　On September 30, 2008, the Magistrate Judge issued Findings and Recommendations that recommended (1) Plaintiff's motion for default judgment against the interests of Alfonso Valencia Chavez and Ali Mohammad Musleh[1] in the defendant currency be granted; (2) final

---

[1] The verified complaint in this matter identifies Ali Musleh as "Ali Mohammed Musleh." (Doc. 1, Complaint at ¶ 5). In addition, the complaint notes that the defendant currency was indicted in the pending criminal case of *United States v. Ali Mohammad Musleh, et al.,* 1:02-CR-05259 AWI. (Doc. 1, Complaint at ¶ 19).
　　The certificate of service filed on May 5, 2008, identifies the individual to be served as "Ali Muhammad Musleh." (Doc. 9).
　　The request for entry of default filed on May 28, 2008, sought entry of default against "Ali Muhammad Musleh." (Doc. 11). On June 6, 2008, the Clerk of the Court entered default against "Ali Muhammed Musleh." (Doc. 15).
　　The *ex parte* application for default judgment filed on September 4, 2008, sought default judgment against the interests of "Ali Mohammad Musleh." (Doc. 19).
　　The Findings and Recommendations issued by the Magistrate Judge recommended granting default judgment against the interests of Ali Mohammad Musleh in the defendant currency. (Doc. 23). The Magistrate Judge's identification of Ali Mohammad Musleh is consistent with the pending criminal matter.

forfeiture judgment be entered to vest in Plaintiff all right, title and interest in the defendant currency; and (3) Plaintiff be ordered to submit a proposed default and final forfeiture judgment consistent with the findings and recommendations within 10 days of service of an order adopting the findings and recommendations.  These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections to the Findings and Recommendations were to be filed within fifteen (15) court days of the date of service of the order.  More than fifteen court days have passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued September 30, 2008, are ADOPTED IN FULL;
2. Plaintiff's motion is GRANTED; and
3. Plaintiff United States of America shall submit a proposed default and final forfeiture judgment consistent with the findings and recommendations and order of the court within ten (10) days of service of this order.

IT IS SO ORDERED.

Dated:   October 31, 2008                      /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE