1 McGREGOR W. SCOTT
United States Attorney
2 STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
3 United States Courthouse
2500 Tulare Street, Suite 4401
4 Fresno, California 93721
Telephone: (559) 497-4000
5 Facsimile: (559) 497-4099

6 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-CV-00345-AWI-GSA |
| Plaintiff, | |
| v. | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| APPROXIMATELY $10,647.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment filed September 4, 2008. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations of the Magistrate Judge passed and no objections were filed. An Order Adopting Findings and Recommendations was filed on November 3, 2008. Based on the Magistrate Judge's Findings and Recommendations on Plaintiff's *Ex Parte* Application for Default Judgment, the Order Adopting Findings and Recommendations, and the files and records of the Court, it is

ORDERED, ADJUDGED, AND DECREED:

1. Ali Mohammad Musleh and Alfonso Valencia Chavez are held in default.

2. A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $10,647.00 in U.S. Currency of Ali Mohammad Musleh, Alfonso Valencia Chavez, and all other potential claimants who have not filed claims

1  in this action.

2  3.  A final judgment is hereby entered forfeiting all right, title, and interest in the defendant approximately $10,647.00 in U.S. Currency to the United States of America, to be disposed of according to law, including all right, title, and interest of Ali Mohammad Musleh and Alfonso Valencia Chavez.

4.  All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   November 7, 2008**               **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE